1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ASHLEY HANSON,                          )   Case No. EDCV 12-2175-SVW (JEM)
                                        )
                    Plaintiff,          )
                                        )
          v.                            )   ORDER TO SHOW CAUSE
                                        )
CAROLYN W. COLVIN, Acting               )
Commissioner of Social Security,        )
                                        )
                    Defendant.          )
_____     )

      On December 26, 2012, the Court issued a Case Management Order, in which
,the parties were ordered to "cooperate in preparing the Joint Stipulation, and sanctions
may be imposed for any failure to cooperate."  On May 23, 2013, Defendant filed a
Notice of Non-Receipt of Initial Portion of Joint Stipulation which stated that the Plaintiff
was unavailable after attempts to by telephone and mail.  On May 31, 2013, Defendant
filed an Ex Parte Application for Extension of Time to File Parties' Joint Stipulation
("Extension") to extend dates for exchange of the portions, response and reply between
the parties.  On June 3, 2013, the Court granted the Extension.  On July 25, 2013,
Defendant filed a Second Notice of Non-Receipt of Initial Portion of Joint Stipulation,
which states that the Plaintiff has failed to provide her initial portion of the Joint
Stipulation, has not properly prosecuted this matter and has not complied with the

1

1  Court's Case Management Order.

2        Accordingly, IT IS HEREBY ORDERED that, on or before August 20, 2013,

3  Plaintiff must (a) show good cause in writing why her initial portion of the Joint

4  Stipulation was not provided to Defendant in a timely fashion, and why this action

5  should not be dismissed for failure to prosecute and failure to comply with the Case

6  Management Order; **or** (b) comply with the Case Management Order by providing

7  Defendant with the initial portion of the Joint Stipulation.

8        Plaintiff is forewarned that failure to show good cause or failure to provide the

9  initial portion of the Joint Stipulation as ordered will result in a recommendation that this

10  action be dismissed for lack of prosecution and failure to comply with Court orders.

11

12

13  DATED: August 6, 2013

14                              JOHN E. MCDERMOTT
                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2